# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
IN RE

| | |
|---|---|
| BERNARD P. BLANCHET, | CHAPTER 13 |
| | CASE NO. 17-23234 |
| DEBTOR. | JUDGE: Robert D. Drain |

### RELIEF FROM STAY – REAL ESTATE AND COOPERATIVE APARTMENTS

I, Chastity Wilson - Assistant Secretary
<NAME AND TITLE> OF
Nationstar Mortgage LLC as Servicer for U.S. Bank National Association, As Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC3
(HEREINAFTER, "MOVANT"), HEREBY DECLARE (OR CERTIFY, VERIFY. OR STATE):

### BACKGROUND INFORMATION

1. REAL PROPERTY OR COOPERATIVE APARTMENT ADDRESS WHICH IS THE SUBJECT OF THIS MOTION: 13130 Conductor Way, Unit 189, Silver Spring, MD 20904

2. LENDER NAME: U.S. Bank National Association, As Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC3

3. DATE OF DEED OF TRUST: 11/18/2005

4. POST-PETITION PAYMENT ADDRESS:
Nationstar Mortgage LLC, PO Box 619094, Dallas, TX 75261-9741

### DEBT/VALUE REPRESENTATIONS

5. TOTAL PRE-PETITION AND POST-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AT THE TIME OF FILING THE MOTION: $314,883.77
(Note: this amount may not to be relied on as a "payoff" quotation.)

6. MOVANT'S ESTIMATED MARKET VALUE OF THE REAL PROPERTY OR COOPERATIVE APARTMENT: $225,000.00

17-065678

7. SOURCE OF ESTIMATED VALUATION:

Debtor's Schedule D

## STATUS OF DEBT AS OF
## THE PETITION DATE

8. TOTAL PRE-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AS OF PETITION FILING DATE: $312,489.81

 A. AMOUNT OF PRINCIPAL: $304,609.44

 B. AMOUNT OF INTEREST: $5,684.66

 C. AMOUNT OF ESCROW (TAXES AND INSURANCE): $280.71

 D. AMOUNT OF FORCED PLACED INSURANCE EXPENDED BY MOVANT: $0.00

 E. AMOUNT OF ATTORNEYS' FEES BILLED TO DEBTOR(S) PRE-PETITION: $0.00

 F. AMOUNT OF PRE-PETITION LATE FEES, IF ANY, BILLED TO DEBTOR(S): $0.00

9. CONTRACTUAL INTEREST RATE: 2%

(If interest rate is (or was) adjustable, please list the rate(s) and date(s) the rate(s) was/were in effect on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here: ____.)

10. PLEASE EXPLAIN ANY ADDITIONAL PRE-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR'S/DEBTORS' ACCOUNT AND NOT LISTED ABOVE:

Fees & Costs Due (Lump Sum): $1,915.00

(If additional space is needed, please list the amounts on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here: ____.)

## AMOUNT OF ALLEGED POST-PETITION DEFAULT
## (AS OF 12/08/2017)

11. DATE LAST PAYMENT WAS RECEIVED: 10/05/2017

ALLEGED TOTAL NUMBER OF PAYMENTS DUE POST-PETITION FROM FILING OF PETITION THROUGH PAYMENT DUE ON DECEMBER 1, 2017: 4.

17-065678

12. PLEASE LIST ALL POST-PETITION PAYMENTS ALLEGED TO BE IN DEFAULT:

| ALLEGED PAYMENT DUE DATE | ALLEGED AMOUNT DUE | AMOUNT RECEIVED | AMOUNT APPLIED TO PRINCIPAL | AMOUNT APPLIED TO INTEREST | AMOUNT APPLIED TO ESCROW | LATE FEE CHARGED (IF ANY) |
|---|---|---|---|---|---|---|
| 9/1/17-12/1/17 | $1,140.72 per month | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| TOTALS | $ 4,562.88 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

13. AMOUNT OF MOVANT'S ATTORNEYS' FEES BILLED TO DEBTOR FOR THE PREPARATION, FILING AND PROSECUTION OF THIS MOTION: $0.00

14. AMOUNT OF MOVANT'S FILING FEE FOR THIS MOTION: $0.00

15. OTHER ATTORNEYS' FEES BILLED TO DEBTOR POST-PETITION: $0.00

16. AMOUNT OF MOVANT'S POST-PETITION- INSPECTION FEES: $0.00

17. AMOUNT OF MOVANT'S POST-PETITION APPRAISAL/BROKER'S PRICE OPINION: $0.00

18. AMOUNT OF FORCED PLACED INSURANCE OR INSURANCE PROVIDED BY THE MOVANT POST-PETITION: $0.00

19. SUM HELD IN SUSPENSE BY MOVANT IN CONNECTION WITH THIS CONTRACT, IF APPLICABLE: $1,140.00

20. AMOUNT OF OTHER POST-PETITION ADVANCES OR CHARGES, FOR EXAMPLE TAXES, INSURANCE INCURRED BY DEBTOR, ETC.:

## REQUIRED ATTACHMENTS TO MOTION

Please attach the following documents to this motion and indicate the exhibit number associated with the documents.

(1)  Copies of documents that indicate Movant's interest in the subject property. For purposes of example only, a complete and legible copy of the promissory note or other debt instrument together with a complete and legible copy of the mortgage and any assignments in the chain from the original mortgagee to the current moving party. (Exhibit A.)

(2)  Copies of documents establishing proof of standing to bring this Motion. (Exhibit A.)

(3)  Copies of documents establishing that Movant's interest in the real property or cooperative apartment was perfected. For the purposes of example only, a complete and legible copy of the Financing Statement (UCC-1) filed with either the Clerk's

17-065678

17-065678

Office or the Register of the county the property or cooperative apartment is located in. (Exhibit A.)

## CERTIFICATION FOR BUSINESS RECORDS

I CERTIFY THAT THE INFORMATION PROVIDED IN THIS FORM AND/OR ANY EXHIBITS ATTACHED TO THIS FORM (OTHER THAN THE TRANSACTIONAL DOCUMENTS ATTACHED AS REQUIRED BY PARAGRAPHS 1, 2 AND 3, IMMEDIATELY ABOVE) IS DERIVED FROM RECORDS THAT WERE MADE AT OR NEAR THE TIME OF THE OCCURRENCE OF THE MATTERS SET FORTH BY, OR FROM INFORMATION TRANSMITTED BY, A PERSON WITH KNOWLEDGE OF THOSE MATTERS, WERE KEPT IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY; AND WERE MADE BY THE REGULARLY CONDUCTED ACTIVITY AS A REGULAR PRACTICE.

I FURTHER CERTIFY THAT COPIES OF ANY TRANSACTIONAL DOCUMENTS ATTACHED TO THIS FORM AS REQUIRED BY PARAGRAPHS 1, 2 AND 3, IMMEDIATELY ABOVE, ARE TRUE AND ACCURATE COPIES OF THE ORIGINAL DOCUMENTS. I FURTHER CERTIFY THAT THE ORIGINAL DOCUMENTS ARE IN MOVANT'S POSSESSION, EXCEPT AS FOLLOWS:

### DECLARATION

I, __Chastity Wilson - Assistant Secretary__
<NAME AND TITLE> OF
NATIONSTAR MORTGAGE LLC AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC3 HEREBY DECLARE (OR CERTIFY, VERIFY, OR STATE) PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT BASED ON PERSONAL KNOWLEDGE OF THE MOVANT'S BOOKS AND BUSINESS RECORDS.

EXECUTED AT __Lewisville__, __Texa__ ON THIS __2__ DAY OF __January__, ~~2017~~ 2018

*[signature: Chastity Wilson]*

Chastity Wilson    Print Name
Assistant Secretary of
~~Nationstar Mortgage LLC~~    Title
Affiant
NATIONSTAR MORTGAGE LLC AS SERVICER
FOR U.S. Bank National Association, As Trustee for
Specialty Underwriting and Residential Finance Trust
Mortgage Loan Asset-Backed Certificates, Series
2006-BC3
8950 Cypress Waters Blvd
Coppell, Texas 75019

17-065678