**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for Nationstar Mortgage LLC as Servicer for U.S. Bank National Association, As Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC3
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
Telephone: (631) 844-9611, Fax: (631) 844-9525
**Katherine Heidbrink**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| IN RE | CHAPTER 13 |
| BERNARD P. BLANCHET, | CASE NO. 17-23234 |
| | JUDGE: Robert D. Drain |
| DEBTOR. | MOTION DATE: April 11, 2018 |
| | MOTION TIME: 10:00 AM |

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     )ss:
COUNTY OF MONROE     )

I, Justin Daley, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Rochester, New York. On __1/03__, 2018 I served the within Notice of Motion, Affirmation in Support, Exhibits and Proposed Order Granting Relief from the Automatic Stay upon:

TO:   Debtor
      Bernard P. Blanchet
      58 Main Street
      Apt # 103
      Hastings on Hudson, NY 10706

      Attorney for Debtor
      David J. Babel
      2525 Eastchester Road
      Bronx, NY 10469

      Trustee
      Jeffrey L. Sapir
      As Chapter 13 and 12 Trustee
      399 Knollwood Road
      Suite 102
      White Plains, NY 10603

17-065678

U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Stockbridge at Tanglewood
c/o Gardner Law Firm PC
600 Jefferson Plaza, Suite 308
Rockville, MD 20852

Stockbridge at Tanglewood
Tanglewood Homeowners Recreation Association, Inc.
13130 Conductor Way
Silver Spring, MD 20904

Tanglewood Homeowners Recreation Association, Inc.
Nagle & Zaller, P.C.
7226 Lee DeForest Dr., Suite 102
Columbia, MD 21046

at the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Date 1/03/2017

Justin Daley
Bankruptcy Assistant
Shapiro, DiCaro & Barak, LLC
Attorneys for Nationstar Mortgage LLC as Servicer for U.S. Bank National Association, As Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC3
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000
Fax: (585) 247-7380

Sworn to before me this
3RD day of JANUARY, 20 18

_____
Notary Public

ROBIN M. CELLURA
Notary Public, State of New York
No. 01CE6020370
Qualified in Monroe County
Commission Expires March 1, 20 19

17-065678