UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE

| | |
|---|---|
| BERNARD P. BLANCHET, | CHAPTER 13 |
| | CASE NO. 17-23234 (RDD) |
| Debtor. | |

## ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

Upon the motion, dated January 3, 2018 (the "Motion"), of Nationstar Mortgage LLC as Servicer for U.S. Bank National Association, As Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC3 (with any subsequent successor or assign, the "Movant"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Movant's interests in 13130 Conductor Way, Unit 189, Silver Spring, MD 20904 (the "Property") to allow the Movant's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on April 11, 2018, and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code as to the Movant's interests in the Property to allow the Movant's enforcement of its rights in, and remedies in and to, the Property; and it is further

17-065678

ORDERED upon the entry of the Order Granting Relief, the unpaid portion of claim number 3, filed by Movant, shall be deemed withdrawn; and it is further

ORDERED that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

ORDERED that the Movant shall promptly report and turn over to the chapter 13 trustee any surplus monies realized by any sale of the Property.

17-065678